# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135893(77)(81)

MARKELL VANSLEMBROUCK, a Minor,
by his Next Friend KIMBERLY A.
VANSLEMBROUCK, and KIMBERLY
A. VANSLEMBROUCK, Individually,
        Plaintiffs-Appellees,

v

ANDREW JAY HALPERIN, M.D.,
MICHIGAN INSTITUTE OF GYNECOLOGY
& OBSTETRICS, P.C., and WILLIAM
BEAUMONT HOSPITAL,
        Defendants-Appellants.

_____

SC: 135893
COA: 273551
Oakland CC: 2006-074585-NH

On order of the Chief Justice, the motion by plaintiffs-appellees for extension of the time for filing their brief on appeal is considered and it is GRANTED. The motion by Livonia Family Physicians, P.C. and others for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2008

_____
Clerk